IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| PROGRESSIVE NORTHWESTERN INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SHAWNA JENSEN, LEONARD PIEDALUE, and WARREN JAMES,<br><br>Defendants. | CV 16–29–M–DLC<br><br>ORDER |

Pursuant to the parties' Stipulation for Dismissal (Doc. 40),

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.

Dated this 30th day of May, 2017.

Dana L. Christensen, Chief Judge
United States District Court